An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SHERRY HOARD,
Appellant,
vs.
MICHAEL MACQUARRIE AND
DESERT HOME INSPECTION
SERVICES, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
Respondents.

No. 62429

FILED

FEB 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On January 11, 2013, this matter was docketed in this court without the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Marie K Linden_

cc: Hon. Mark R. Denton, District Judge
The Wasielewski Law Firm, Ltd.
Bremer Whyte Brown & O'Meara, LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-05787